KATHRYN MAYFORTH, Respondent, v. THE CITY OF NEW YORK, Appellant.— Defendant appeals from a judgment rendered against it in an action to recover for personal injuries caused by plaintiff's slipping on an icy sidewalk. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

MORTGAGE COMMISSION OF THE STATE OF NEW YORK and TITLE GUARANTEE AND TRUST COMPANY, Respondents, v. BLANCH C. AUSTIN, Also Known as BLANCHE B. C. AUSTIN, Appellant, and Others, Defendants.— In a mortgage foreclosure action, a motion under section 1083-a of the Civil Practice Act, as amended by chapter 268 of the Laws of 1935, to confirm the report of sale and for leave to enter a deficiency judgment, was made more than ninety days after the sale was consummated. Order directing the entry of a deficiency judgment and order that refers the application to an official referee, in so far as appeal is taken, affirmed, with ten dollars costs and disbursements; one bill of costs. Appeal from judgment entered July 22, 1938, dismissed. No such judgment is contained in the record on appeal. The statute (Laws of 1935, chap. 268) reasonably permits the construction that an application for leave to enter a deficiency judgment is timely if made simultaneously with the making of a motion for an order confirming the sale. This is true particularly because the statute limits or extinguishes rights and remedies that existed before the enactment of the emergency legislation. Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ., concur.

FRANK MOSCOW, Respondent, v. CENTRAL RAILROAD COMPANY OF NEW JERSEY, Appellant, and CHARLES HOBBS, Defendant.— In an action to recover for personal injuries the appeal is by defendant railroad on the ground that the verdict of $4,000 in favor of plaintiff is excessive. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

AMANDA H. MURRAY, Respondent, v. DUNCAN C. MURRAY, Appellant.— Order granting plaintiff's motion to modify the alimony provision in the final judgment of separation so as to increase the alimony payment from sixty-five dollars to ninety dollars a month modified by providing that the payment shall be fixed at eighty dollars a month, and, as thus modified, affirmed, so far as an appeal is taken therefrom, without costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ., concur.

ELNA V. NELSON and J. EDWARD NELSON, Respondents, v. THOMAS E. MURRAY, JR., as Receiver of Interborough Rapid Transit Company, Appellant.— Action by plaintiff wife for damages for personal injuries. She was a passenger on defendant's subway train. As she was emerging therefrom to a station she was shoved into the space between the train and the station platform by an inrush of a crowd of passengers as a consequence of defendant's negligence. Also a companion action by plaintiff husband for expenses and loss of services. Judgment for the plaintiffs unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.